**Order entered August 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00392-CV

### IN THE INTEREST OF M.M.M. AND C.N.M., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-l7-09018**

## ORDER

Before the Court is the August 2, 2019 motion of the Texas Department of Child Protective Services requesting that it be removed as a party to this appeal. We **GRANT** the motion and **DIRECT** the Clerk of this Court to remove the Texas Department of Child Protective Services as a party to this appeal.

/s/     KEN MOLBERG
         JUSTICE